IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 12 PM 1: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THE LEMM CORPORATION -
OPERATIONS,

    Plaintiff,

v.

                    No. 04-2873 B

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY,

    Defendant.

---

ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT SHOULD NOT BE GRANTED

---

Before the Court is the November 1, 2005 motion for summary judgment by the Defendant,

St. Paul Fire & Marine Insurance Company ("St. Paul"), against the Plaintiff.  According to the

Court's docket, no response has been filed on behalf of the Plaintiff, even though the deadline for

such a response has expired.[1]  Accordingly, the Plaintiff is hereby directed, within eleven (11) days

of the entry hereof, to show cause why the motion referenced herein should not be granted.  Failure

of the Plaintiff to comply in a timely manner with this order may result in dismissal with prejudice

of Plaintiff's claims against the Defendant.

IT IS SO ORDERED this 12th day of December 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1]Under the Local Rules of this district, responses to motions for summary judgment "must
be filed within thirty days of service of the motion."  LR7.2, Local Rules of the U.S. Dist. Ct. for
the W. Dist. of Tenn.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02873 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

William E. Cochran
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 360
Memphis, TN 38117

Lauri Hays Prather
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 360
Memphis, TN 38117

Frank Winston
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036

Mary K. Martin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT