IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 16 PM 1: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| THE LEMM CORPORATION-OPERATIONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. PAUL FIRE AND MARINE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil No. 04-2873-BV<br><br>CONSENT ORDER AND<br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The above-entitled action having been settled by and between the plaintiff, The Lemm Corporation-Operations, and defendant, St. Paul Fire and Marine Insurance Company, it is hereby stipulated and agreed that this action be and hereby is dismissed with prejudice and without costs.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05



Dated: December 14, 2005              THE LEMM CORPORATION-OPERATIONS

                                      _____
                                      David Wade *by William L. Cochran, counsel*
                                      MARTIN TATE MORROW & MARSTON, P.C.
                                      International Place, Tower II
                                      6410 Poplar Avenue, Suite 1000
                                      Memphis, Tennessee 38119


Dated: December 14, 2005              ST. PAUL FIRE AND MARINE INSURANCE
                                      COMPANY

                                      _____
                                      Michael McLaren
                                      Will Cochran
                                      BLACK & McLAREN
                                      530 Oak Court Drive, Suite 360
                                      Memphis, TN 38117
                                      Telephone: (901) 762-0535
                                      Facsimile:  (901) 762-0539


                                      Frank Winston, Jr.
                                      Mary K. Martin
                                      STEPTOE & JOHNSON LLP
                                      1330 Connecticut Ave., N.W.
                                      Washington, D.C. 20036
                                      Telephone: (202) 429-3000
                                      Facsimile:  (202) 429-3902


SO ORDERED:

_____
U.S. District Court Judge, Western District of Tennessee
Date: 12/15/05

- 2 -

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02873 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Frank Winston
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036

William E. Cochran
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 360
Memphis, TN 38117

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 360
Memphis, TN 38117

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Lauri Hays Prather
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Mary K. Martin
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036

Honorable J. Breen
US DISTRICT COURT